## ROBINSON *v.* MORRISON.

No. 120.    Submitted October 12, 1893.—Filed January 2, 1894.

HEARING on an appeal by the plaintiff from a judgment of the Supreme Court of the District of Columbia, holding a law term, quashing writ of attachment. *Reversed.*

The appellant, *Mr. Conway Robinson,* appeared in person, and with him was *Mr. Leigh Robinson.*

*Mr. J. J. Darlington* for appellee.

Mr. Justice SHEPARD delivered the opinion of the Court:

This case is the same on all points with that of Conway Robinson v. Wm. H. Morrison, No. 119, and was by agreement submitted therewith to follow the judgment therein.

In accordance with the opinion in that case the judgment herein must be reversed, with costs to the appellant, and the cause remanded for further proceeding not inconsistent with the opinion of this court in No. 119.

Mr. Justice MORRIS dissented.